An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PARDEE HOMES OF NEVADA, INC., A
NEVADA CORPORATION; AND
PARDEE COYOTE HOLDINGS I, LLC,
A NEVADA LIMITED LIABILITY
COMPANY,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,

Respondents,

and

COYOTE SPRINGS INVESTMENT,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; AND COYOTE SPRINGS
LAND COMPANY LLC, A NEVADA
LIMITED LIABILITY COMPANY,

Real Parties in
Interest.

No. 65664

**FILED**

JUL 22 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING WRIT PROCEEDING*

Pursuant to the stipulation of the parties, and cause appearing, this writ proceeding is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:  Hon. Mark R. Denton, District Judge
McDonald Carano Wilson LLP/Las Vegas
Urban Law Firm
Pisanelli Bice, PLLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22141